40159.   TRAVELERS INSURANCE COMPANY et al.
v. WILLIAMS.
40175.   SWIFT & COMPANY v. VICKERS.
40191.   FIDELITY & CASUALTY COMPANY et al.
v. DAY et al.
40198.   EMPLOYERS INSURANCE COMPANY OF
ALABAMA et al. v. MOSS.
40199.   FIREMEN'S FUND INSURANCE COMPANY et al.
v. QUARLES.

PER CURIAM.   These are direct appeals from the Board of Workmen's Compensation under that portion of Ga. L. 1963, pp. 141, 156, purporting to amend *Code Ann.* § 114-710.   This amendment having been held void in *Baggett Transportation Co. v. Barnes,* 108 Ga. App. 68 (132 SE2d 229), the appeals must be

*Dismissed.   All the Judges concur.*

DECIDED SEPTEMBER 20, 1963.

*Greene, Neely, Buckley & DeRieux, Burt DeRieux,* for appellants (Case No. 40159).
*James W. Paris, J. N. Rainey,* contra.
*H. J. Quincey, E. R. Smith, Jr.,* for appellant (Case No. 40175).
*Jack J. Helms,* contra.
*Smith, Field, Ringel, Martin & Carr, Richard D. Carr, Williston C. White,* for appellants (Case No. 40191).
*James E. Hardy, Carl F. Sanders, Burt DeRieux,* contra.
*Powell, Goldstein, Frazer & Murphy, Earl J. Van Gerpen,* for appellant (Case No. 40198).
*Dan Winn, Eugene B. Brown,* contra.
*Smith, Field, Ringel, Martin & Carr, Charles L. Drew,* for appellants (Case No. 40199).
*Love & Pierce, John W. Love, Jr.,* contra.